THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASHLEY IMMING,

    Plaintiff,

v.                                               No. 2:23-cv-0378 GJF/DLM

OSVALDO DE LA VEGA,
MESILLA CAPITAL INVESTMENTS, LLC,
SOUTHWEST HEALTH SERVICES, P.A., and
MESILLA CAPITAL INVESTMENTS
DE MEXICO, S. DE. R.I.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court after an in-person show cause hearing. (Doc. 218.) After reviewing the filings and hearing from both parties, the Court finds that De La Vega's late payment of attorney's fees, while imprudent, was not willful. Accordingly, the Court will **QUASH** the show cause order. (Doc. 211.) The Court will **DENY** Plaintiff's motion for order to show cause and declines to award sanctions. (Doc. 200.)

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE