# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

ASHLEY IMMING,

    Plaintiff,

v.                                                         Civ. No. 23-378 GJF/DLM

OSVALDO DE LA VEGA, MESILLA
CAPITAL INVESTMENTS, LLC,
SOUTHWEST HEALTH SERVICES,
P.A., and
MESILLA CAPITAL INVESTMENTS
De MEXICO, S. de. R.L.,

    Defendants.

## ORDER FOLLOWING STATUS CONFERENCE

THIS MATTER came before the Court at a telephonic status conference on November 4, 2025. *See* Dkt. No. 273. The Court heard from both sides as to Defendants' contention, advanced in their response to Plaintiff's Motion to Appoint Receiver (Dkt. No. 268), that performance of the obligations imposed in the Court's Findings of Fact and Conclusions of Law are impossible to meet insofar as the Court requires Defendant Osvaldo De La Vega ("DLV") to *both* deposit $1.2 million into the Court Registry not later than 45 days after entry of the Findings of Fact and Conclusions of Law (*see* Dkt. No. 259 at 49) *and* not to transfer or encumber any properties of MCI, LLC or MCI-Mexico (*see id.* at 39, 53).

For the reasons stated on the record at the telephonic status conference, the Court **ORDERS** as follows:

(1) Defendants must file by **close of business on November 6, 2025**, any declaration setting forth the pertinent facts concerning the proposed sale of a corporate real property asset that DLV has identified to satisfy the state court judgment and the forthcoming

judgment and attorney's fee award in this case. To the extent the declaration includes confidential financial information or sensitive information about the prospective buyer, Defendants are authorized to file it under seal.

(2) The Court's Order that DLV and Southwest Health Services, PA. tender $1.2 million into the Court Registry not later than 45 days from the entry of the Findings of Fact and Conclusions of Law (*see* Dkt. No. 49) is **HELD IN ABEYANCE** pending further order of the Court.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*